THE STATE EX REL. PASTER, APPELLANT, *v.* INDUSTRIAL COMMISSION OF OHIO ET AL., APPELLEES.

[Cite as *State ex rel. Paster v. Indus. Comm.* (1999), 84 Ohio St.3d 362.]

(No. 97–2696—Submitted November 10, 1998—Decided January 20, 1999.)

*Dean G. Reinhard Co., L.P.A.,* and *Charles Zamora,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Cheryl J. Nester,* Assistant Attorney General, for appellee Industrial Commission.

*Habash, Reasoner & Frazier, Stephen J. Habash* and *Pamela S. Krivda,* for appellee The Electric Connection.

———

The judgment of the court of appeals is affirmed consistent with the opinion of the court of appeals.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.